# **EXHIBIT A**



New York • Connecticut • Tokyo

August 1, 2018

To Whom It May Concern:

Re: Assignment of Sales Representative and Foreign Intermediate Consignee

This letter verifies that Ginza Gun Limited, 13-7, Ginza 6-chome, Chuo-ku, Tokyo, 104-0061 Japan, is the proper and exclusive Sales Representative and Foreign Intermediate Consignee for JKB Daira Inc. in the territory of Japan for all defense hardware.

JKB Daira Inc. will provide bids and quotations, both rough and formal, for the Government of Japan to Ginza Gun Limited, who have the right to offer these bids and quotations, and to receive products from JKB Daira Inc. and deliver them to agencies of the Government of Japan.

Ginza Gun Limited will sign and provide documents required for obtaining Export Licensing from the originating country and, as Foreign Intermediate Consignee, sign all appropriate documents for import to Japan.

This assignment will remain valid until Auguast 1, 2020 until further notice.

Sincerely

Yoichi Ota
President
JKB Daira Inc.

Group Headquarters JKB Daira Inc. • 76 Eastwoods Road, Pound Ridge NY 10576 USA • Email jkbd-info@jkbdaira.com
Operations JKB Daira Inc. • 22 South Smith Street, Norwalk CT 06855 USA • Tel 203-642-4824 • Fax 203-299-0550 • Email jkbd-info@jkbdaira.com
Distribution JKB Daira Japan • Sunrise Yamanishi Building 7F, 1-20-10 Nishi-Shinbashi, Minato-ku, Tokyo 105-0003 Japan • Tel 011-81-3-3591-3717 • Fax 011-81-3-3591-3718 • Email staffjapan@jkbdaira.com