# **EXHIBIT B**



Connecticut's Official State Website



# The Office of
# Secretary of the State Denise W. Merrill

## Business Inquiry

### Business Details

| | | | |
|---|---|---|---|
| Business Name: | **OPS - TECHNOLOGY, LLC** | Citizenship/State Inc: | **Domestic/CT** |
| Business ID: | **1221367** | Last Report Filed Year: | **2018** |
| Business Address: | **10 STONCREST RD, RIDGEFIELD, CT, 06877** | Business Type: | **Domestic Limited Liability Company** |
| Mailing Address: | **10 STONCREST RD, RIDGEFIELD, CT, 06877** | Business Status: | **Active** |
| Date Inc/Registration: | **Nov 01, 2016** | | |
| Annual Report Due Date: | **03/31/2019** | | |
| NAICS Code: | **NONE** | NAICS Sub Code: | **NONE** |

### Principals Details

| Name/Title | Business Address | Residence Address |
|---|---|---|
| RICHARD ARITA  OWNER | 10 STONECREST ROAD, RIDGEFIELD, CT, 06877 | 10 STONECREST ROAD, RIDGEFIELD, CT, 06877 |

### Agent Summary

| | |
|---|---|
| Agent Name | **RICHARD ARITA** |
| Agent Business Address | **10 STONECREST ROAD, RIDGEFIELD, CT, 06877** |
| Agent Residence Address | **10 STONECREST ROAD, RIDGEFIELD, CT, 06877** |
| Agent Mailing Address | **NONE** |