# **EXHIBIT C**



**OPS-Technology**
**Defense & Security Solutions**

Tatsumi Fukasawa
Ops-Technology, LLC
10 Stonecrest Road
Ridgefield CT, 06877

September 10, 2019

To Whom it May Concern:

I am writing with the utmost confidence to recommend Trent Hutchison for a position at your organization. I have had the pleasure of working with Trent in the Japan market for eight years in two different roles and have always found him to be an extremely effective and professional International Marketing Executive.

I met Trent in the early part of this decade while working for a Japan Trading Company that was a Sales Representative for Trent's company at the time, L-3 Warrior Systems.  While working together with Trent at Warrior Systems we took several marketing trips to Japan.  While interacting with customers I was impressed with Trent's ability to communicate complex concepts quickly and easily to a foreign audience. Trent has a strong and compelling presence in front of end users.

In the nearly four years that Trent and I worked together representing Warrior Systems products in Japan the revenue for Warrior Systems products increased nine times, far outpacing the growth of other product lines that my company was representing at the time.   I attribute a large portion of the credit for this growth to Trent's competence, hard work and dedication.

I was so impressed with Trent's work at Warrior Systems, that he was one of the first people I reached out to upon founding my own Japan Trading Company, Ops-Technology LLC.  By that time, Trent was directing International Sales for Night Vision Devices (NVD), which was the smallest firm I approached to work with at Ops-Tech – the only reason for my decision to approach and ultimately partner with NVD was because of my confidence in Trent.  In the two years that I worked with Trent at NVD, we made significant progress within the market, growing the brand from one that was unrecognized to one that has an established program of record and an expected multiyear procurement contract.

Prior to my work in the private Defense sector, I was employed as Government Official at the Japan Ministry of Defense (JMOD) for over 30 years.   In the years preceding my retirement from JMOD, I worked in the procurement branch of JMOD as a representative of Ministry in U.S.A., this experience has brought me into contact with a variety of firms, executives and sales agents. The depth and variety of my interactions with the Defense sector has helped inform the confidence with which I make this recommendation, Trent is truly one of the most impressive individuals I have worked with in any capacity.

Beyond his sales competency, it is clear to me that Trent has a strong understanding of many of the key concepts that any Marketing Executive in the Defense sector must grasp.  Trent has a strong understanding of finance management, manufacturing processes, lean organizational concepts, international trade compliance and subcontracts management.

Thank you very much for your consideration.   I wish you good fortune in your future business and urge you to strongly consider Trent Hutchison for a position at your company.

Best regards,

*[signature]*

Tatsumi Fukasawa
Vice President, International Business
Ops-Technology, LLC