UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| JKB DAIRA, INC.,<br><br>                               Plaintiff,<br><br>v.<br><br>NIPPON AIRCRAFT SUPPLY CO., LTD.,<br><br>                               Defendant. | Case No. 3:20-CV-01564 (SRU)<br><br><u>STIPULATION OF DISMISSAL</u> |

---

Whereas Plaintiff JKB Daira, Inc. ("JKB"), and Defendant Nippon Aircraft Supply Co., Ltd. ("NAS") (collectively the "Parties") have settled the above captioned matter pursuant to a written and executed Settlement Agreement signed by JKB on November 20, 2023 and by NAS on November 17, 2023 ("Settlement Agreement"). Pursuant to Rule 4l(a)(2) of the Federal Rules of Civil Procedure the Parties hereby stipulate that this action is dismissed with prejudice in its entirety, and with the Parties bearing their own attorneys' fees, costs and expenses. This Court shall retain jurisdiction over this proceeding for purposes of complying with and enforcing any of the terms and conditions of the Agreement.

Dated: November 29, 2023

| DAY PITNEY LLP | CARTER LEDYARD & MILBURN, LLP |
|---|---|
| By:     /s/ Daniel L. Schwartz<br>        Daniel L. Schwartz (CT09862)<br>        Howard Fetner (CT26870)<br>        Day Pitney LLP<br>        One Stamford Plaza, 7th Floor<br>        263 Tresser Boulevard<br>        Stamford, CT 06901<br>        Telephone: (203) 977-7300 | By:     /s/ Gerald W. Griffin<br>        Jeffrey S. Boxer (CT29361)<br>        Gerald W. Griffin (*pro hac vice*)<br>        Meredith B. Spelman (*pro hac vice*)<br>        Carter Ledyard & Milburn LLP<br>        28 Liberty St., 41st Floor<br>        New York, NY 10005<br>        Telephone: (212) 732-3200 |

Facsimile: (203) 399-5899
dlschwartz@daypitney.com
hfetner@daypitney.com

*Attorneys for Plaintiff JKB Daira, Inc.*

Facsimile: (212) 732-3232
boxer@clm.com
griffin@clm.com
spelman@clm.com

Derrick K. Takeuchi
Derrick K. Takeuchi Law Office
21250 Hawthorne Boulevard, Ste. 500
Torrance, CA 90503
Derrick.takeuchi@gmail.com

York M. Faulkner
YorkMoodyFaulkner
Tensho Building 7th Floor
711 3-17-11 Shibaura, Minato-ku
Tokyo, 108-0023
York.faulkner@ymf-law.com

*Attorneys for Defendant Nippon Aircraft Supply Co., Ltd.*

**CERTIFICATE OF ELECTRONIC FILING**

      I hereby certify that on November 29, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                */s/ Daniel L. Schwartz*
                                                                 Daniel L. Schwartz